AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Alley, Frank | U. S. Bankruptcy Court, District of Oregon | 08/31/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

United States Courthouse
405 E. 8th Ave.
Suite 2600
Eugene, OR 97401

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▩ Trust created 12/2003 |
| 2. | Partner | Laurel St. Land. Co., Medfpord, OR |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank | 08/31/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Oregon State Bar | 4/24/2104-4/26/20144/7/Seattle/W/2016 | | CLE (Faculty and planner) | travel and lodging |
| 2. | State Bar of MontanaInst. of Continuiing Legal Education of Georgie | 6/8/2016-6/10/2016 | Atlanta, GA | CLE (Faculty) | travel and lodging |
| 3. | Oregon State Bar | 9/16/20`16-9/17/2016 | Hood River, OR | CLE (faculty) | travel and lodginig |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank | 08/31/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Washington Mutual Bank or successor (JPMorgan Chase) | Mortgage on Laurel St. Land property, Medford, OR | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Umpqua Bank Savings | A | Int./Div. | J | T | | | | | |
| 2. Umpqua Bank Checking | | | J | T | | | | | |
| 3. Umpqua Bank "Money Market" Checking account | A | Int./Div. | L | T | | | | | |
| 4. US Bank Money Market/Checking | A | Int./Div. | J | T | | | | | |
| 5. Fidelity Mutual Cap. Appreciation fund | A | Distribution | J | T | | | | | |
| 6. Fidelity Adv.Diversified Fund | B | Distribution | N | T | | | | | |
| 7. First Americn Equity Income Fund | B | Dividend | M | T | | | | | |
| 8. First Americn Midcap Growth | A | Dividend | M | T | | | | | |
| 9. First American High Income (Bond) | E | Int./Div. | N | T | | | | | |
| 10. T Rowe Price Midcap Growth | B | Dividend | M | T | | | | | |
| 11. T Rowe Price Int'l Growth | B | Dividend | | | Sold | 08/01/16 | K | C | |
| 12. Alliant Energy Corp. | A | Dividend | K | T | | | | | |
| 13. American Electrical Power Corp. | A | Dividend | J | T | | | | | |
| 14. Chevron Corp. | A | Dividend | L | T | | | | | |
| 15. Conoco Phillips Corp. | A | Dividend | J | T | | | | | |
| 16. Duke Energyu Corp. | A | Dividend | K | T | | | | | |
| 17. Exxon Mobil corp. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 19. Marathon Oil Corp. | A | Dividend | K | T | | | | | |
| 20. McDonalds Dorp. | A | Dividend | K | T | | | | | |
| 21. Pepsico | A | Dividend | K | T | | | | | |
| 22. Praxair, Inc. | A | Dividend | K | T | | | | | |
| 23. 3M Corp. | A | Dividend | K | T | | | | | |
| 24. United Parcel Service | A | Dividend | K | T | | | | | |
| 25. Waste Management Corp. | B | Dividend | K | T | | | | | |
| 26. US Treasury Bond | B | Interest | K | T | | | | | |
| 27. Boeing Capital Corp Bond | B | Interest | K | T | | | | | |
| 28. US treasury Note 8/15/12 | B | Interest | K | T | | | | | |
| 29. Bank of America Note | B | Interest | K | T | | | | | |
| 30. Goldman Sachs Group note | B | Interest | K | T | | | | | |
| 31. Royal Bank of Scotlandf | B | Interest | K | T | | | | | |
| 32. FLHMC | A | Interest | K | T | | | | | |
| 33. Metlife Inc. Note | B | Interest | K | T | | | | | |
| 34. Excide Technologies Warrant | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First America Prime Money Market | D | Interest | O | T | Buy (add'l) | 03/31/16 | J | | |
| 36. | | | | | Buy (add'l) | 06/30/16 | J | | |
| 37. Johnson Controls | A | Dividend | J | T | Buy (add'l) | 04/29/16 | K | | |
| 38. Nuveen Divident Value FAQIX | A | Dividend | J | T | Buy (add'l) | 07/29/16 | K | | |
| 39. Nuveen Santa Barbara Div Growth NSBRX | A | Dividend | J | T | Sold (part) | 07/30/16 | K | | |
| 40. T Rowe Price Blue Chip Growth TRBCX | A | Dividend | J | T | Sold | 08/31/16 | L | | |
| 41. TFS Market Neutral fund TFSMX | A | Dividend | J | T | Buy (add'l) | 08/31/16 | L | | |
| 42. Nuveen High Yield Muni Bond NHMRX | A | Dividend | M | T | Sold (part) | 08/31/16 | L | | |
| 43. | | | | | Buy (add'l) | 09/30/16 | L | | |
| 44. Nuveen Inflation Pro Fixed Income Fund | C | Interest | L | T | Sold (part) | 07/07/16 | J | | |
| 45. Oppenheimer Com. Fixed Income | C | Dividend | L | T | | | | | |
| 46. Pimco Total Return Fund | D | Interest | K | T | | | | | |
| 47. Nuveen Large Cap Growth Fund | A | Int./Div. | | | Sold | 09/14/16 | K | C | |
| 48. Vanguard Equity Income VEIRX | A | Int./Div. | J | T | Buy (add'l) | 08/04/16 | L | | |
| 49. | | | | | Sold (part) | 12/27/16 | J | | |
| 50. Vanguard Strategic Equity VSEQX | A | Int./Div. | J | T | Sold (part) | 12/27/16 | J | | |
| 51. Aberdeen Fds Emergn Mkt | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Isharesa Edge Msci Min Vol UWSA | | None | | | Buy | 07/13/16 | K | | |
| 53. | | | | | Sold | 09/14/16 | K | | |
| 54. Cambiar Int'l Equity fund | | None | | | Sold | 08/02/16 | J | | |
| 55. | | | | | | | | | |
| 56. | | | | | | | | | |
| 57. | | | | | | | | | |
| 58. | | | | | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. Trust 11/03 (ffiler is trustee) | | | | W | | | | | |
| 64. Pacific Continental Bank | A | Int./Div. | J | T | | | | | |
| 65. | | | | | | | | | |
| 66. Willis group | A | Dividend | J | T | | | | | |
| 67. Halyard Health | A | Dividend | J | T | | | | | |
| 68. ITT Corp | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Alley, Frank | 08/31/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. International Paper | A | Dividend | J | T | | | | | |
| 70. Kimberly Clark | A | Dividend | J | T | | | | | |
| 71. Kroger Co. | A | Dividend | J | T | | | | | |
| 72. Mylan, Inc. | A | Dividend | J | T | | | | | |
| 73. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 74. Rio Tinto PLC ADR | A | Dividend | J | T | | | | | |
| 75. Vectrus inc. | A | Dividend | J | T | | | | | |
| 76. VISA Inc | A | Dividend | J | T | | | | | |
| 77. Xylem, Inc | A | Dividend | J | T | | | | | |
| 78. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Investments, l. 36: Cambiar Equity was acquired in 2015 but omitted from that year's report. Total value of purchase was $11,330.

Asset of the ▨▨▨▨ Trust 11/2003 consits solely of old furniture instorage. Value is less than $10,000.

Part VII line 3 :"Money Market" is the Bank's descriiption of a standard checking account.

Johnson Controls, Nuveen Divident Value, Nuveen Santa Barbara Div Growth, T Rowe Price Blue Chip Growth, TFS Market eutral fund, and Nuveen High Yield were inadvertently omitted from first report; they have been added here at Part VII lines 37-42

Part VII line 50: Vanguard Strategic Equity VSEQX  was acquired on 11/2/12, and inadvertantlly omitted from prior reporst.  Acquisition value was $8,000.

Part VII, line 5: this report gives the full name of Fidelity Mutual Cap. Inv. Fund.  This asset was disclosed under that name in the 2015 report.

I am retireing, effective 8/31/2017.  A final report will be filed shortly.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Frank Alley**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544